UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERTO AVILA-CARDENAS,

        Petitioner,

v.

JERI BOE,

        Respondent.

CASE NO. C19-1148-MJP-BAT

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION IN PART**

On November 22, 2019, respondent filed a response to petitioner's federal habeas writ and the state court record; the matter was noted for December 20, 2019 as ready for the court's consideration. Dkt. 12, 13.

On December 2, 2019, petitioner moved the court to extend to April 15, 2020, the time for him to file a reply. The Court DENIES the four month extension. Respondent's argument that petitioner failed to properly present his federal habeas claims to the highest state court relies upon facts petitioner should be familiar with. Either petitioner presented his federal habeas claims to the highest court or he did not. As petitioner litigated the matter in the state courts, he should be aware of whether he properly presented his federal habeas claims.

Respondent agrees petitioner properly presented five grounds for relief. As these are grounds petitioner has already argued in the state courts, the Court finds that an extension of 4 weeks is appropriate. The Court thus ORDERS:

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION IN PART - 1

1. Any reply to respondent's response that petitioner wishes to file must be filed no later than **January 24, 2020**.

2. The Clerk shall note this matter for **January 24, 2020** as ready for the Court's consideration.

3. The clerk shall provide a copy of this Order to Petitioner and to counsel for the Respondent.

DATED this 4th day of December, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION IN PART - 2