UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERTO AVILA CARDENAS,

                Petitioner,

v.

JERI BOE,

                Respondents.

Case No. 2:19-1148-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. No. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge (Dkt. No. 18), and noting that no objections have been filed thereto, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Motion for Leave of the Court to Conduct Discovery and Expansion of the Record with Appointment of Counsel (Dkt. No. 17) is **DENIED;**

3. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED WITH PREJUDICE**;

4. Petitioner is **DENIED** issuance of a certificate of appealability; and

5. The Clerk shall send a copy of this Order to the parties.

ORDER OF DISMISSAL- 1

DATED this 18th day of February, 2020.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL- 2